DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

Alien Name
**Almeida De Souza, Eleandro**

File Number
[redacted]

Date
**09/10/19**

Alien's Signature
X Eleandro Almeida de Souza

Alien's Telepone Number (if any)
[redacted]

Alien's Address
CO [redacted]

Picture



Right index Print
[redacted]

## PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 9/10/2019 | J. Castañeda | OREC granted |

Signature J. Castañeda

Title D.O.