**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ELEANDRO ALMEIDA DE SOUZA,

Petitioner,

v.

DAVID WESLING, *et al.*,

Respondents.

Civil Action No. 26-cv-13761-BEM

**RESPONSE TO COURT ORDER**

Pursuant to the Court's Order to immediately release Petitioner, Respondents report the following. Based on information provided by counsel for Immigration and Customs Enforcement, Petitioner was released today at 12:48 p.m.

Dated: August 17, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3183
Email: Benjamin.Tolkoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Benjamin Tolkoff, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: August 17, 2026

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney